**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6188**

———————

MARIO HOWARD LLOYD,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

HENRY LUSK, Food Administrator,

Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  R. Bryan Harwell, District Judge.
(CA-02-3291-2-27-AJ)

———————

Submitted:  July 27, 2005          Decided:  August 3, 2005

———————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mario Howard Lloyd, Appellant Pro Se. Christie Newman, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Howard Lloyd appeals the district court's order accepting the report and recommendation of the magistrate judge, granting summary judgment to Defendants, and dismissing his claims filed under the Federal Tort Claims Act and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1982). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lloyd v. United States, No. CA-02-3291-2-27-AJ (D.S.C. filed Jan. 7, 2005 & entered Jan. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED